UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-180 (RJL) |
| | : | |
| ELIAS COSTIANES, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS COUNT ONE

The United States of America respectfully moves the Court pursuant to Federal Rule Criminal Procedure 48(a) to dismiss Count One of the Indictment against defendant Elias Costianes.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Melanie Krebs-Pilotti*
        MELANIE KREBS-PILOTTI
        Trial Attorney- Antitrust Division
        Cal Bar. No. 241484
        601 D St., NW
        Washington, D.C. 20001
        melanie.krebs-pilotti2@usdoj.gov
        (202) 870-7457