UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIAS COSTIANES,<br><br>Defendant | Case No. 21-CR-180 (RJL) |

**UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the Indictment against the defendant with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


_____/s/_____
MELANIE KREBS-PILOTTI
Trial Attorney- Antitrust Division
Cal Bar 241484
601 D Street, NW
Washington, D.C. 20530
Melanie.krebs-pilotti2@usdoj.gov
(202) 870-7457